695 A.2d 660

IN THE MATTER OF GEOFFREY P. LEBAR,
AN ATTORNEY AT LAW.

July 1, 1997.

## ORDER

The Disciplinary Review Board having filed a report with the Court on April 21, 1997, recommending that **GEOFFREY P. LEBAR** of **HACKENSACK,** who was admitted to the bar of this State in 1970, be disbarred for his violation of *RPC* 1.15 (knowing misappropriation of client funds) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And respondent having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **GEOFFREY P. LEBAR** be disbarred, effective immediately, and his name be stricken from the roll of attorneys of this State; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **GEOFFREY P. LE- BAR,** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund, pending further Order of this Court; and it is further

ORDERED that **GEOFFREY P. LEBAR** comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that **GEOFFREY P. LEBAR** reimburse the Disciplinary Oversight Committee for appropriate administrative costs.